**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   DERRICK W. BROOKS, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-12489 ELF |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Impose A Stay Pursuant to 11 U.S.C. § 362(c)(4)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. A stay identical to the scope of the automatic stay provided in 11 U.S.C. §362(a) ("the Imposed Stay") is imposed on M&T Bank and the presently scheduled sheriff's sale is **STAYED**.

3. The Imposed Stay shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

4. This Order is effective immediately upon its entry on the docket.

Date: **April 23, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Derrick W. Brooks
3565 Barbara Lane
Harleysville, PA 19438
(via first class mail)

Rebecca Solarz
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(via first class mail and e-mail at bkgroup@kmllawgroup.com)