United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12489-elf
Derrick William Brooks                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1              Date Rcvd: Apr 23, 2019
                             Form ID: pdf900           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db           +Derrick William Brooks,    3565 Barbara Lane,    Harleysville, PA 19438-3301
14309380     +AES/PHEAA FRN,    PO Box 61047,    Harrisburg: PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Apr 24 2019 02:13:05     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 24 2019 02:12:39
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 24 2019 02:13:03     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2019 02:17:51     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14309382     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2019 02:17:35     LVNV Funding LLC,
               PO Box 1269,   Greenville, SC 29602-1269
14311636      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2019 02:17:59     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14309379      E-mail/Text: camanagement@mtb.com Apr 24 2019 02:12:36    M &T Bank,    PO Box 900,
               Millsboro, DE 19966
14309381      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2019 02:18:14
               PORTFOLIO RECOVERY,   120 Corporate BLVD ste 100,    Norfolk, VA 23502
14311635      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2019 02:18:22
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
14309923     +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2019 02:17:53     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   DERRICK W. BROOKS, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-12489 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Impose A Stay Pursuant to 11 U.S.C. § 362(c)(4)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. A stay identical to the scope of the automatic stay provided in 11 U.S.C. §362(a) ("the Imposed Stay") is imposed on M&T Bank and the presently scheduled sheriff's sale is **STAYED**.

3. The Imposed Stay shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

4. This Order is effective immediately upon its entry on the docket.

**Date: April 23, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc:   Derrick W. Brooks
      3565 Barbara Lane
      Harleysville, PA 19438
      (via first class mail)

      Rebecca Solarz
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (via first class mail and e-mail at bkgroup@kmllawgroup.com)