**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Derrick William Brooks | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12489elf |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 17, 2019, this case is hereby **DISMISSED**.  The Debtor's right to file another bankruptcy case is **RESTRICTED** based on the Order entered in this case on **April 18, 2019**.

Date: 5/9/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

Missing Documents:

Schedules AB-J
Statement of Financial Affairs
Summary of assets and liabilities form B106

bfmisdoc elf (1/22/15)