United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Derrick William Brooks  
     Debtor

Case No. 19-12489-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: May 09, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 14 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
db             +Derrick William Brooks,    3565 Barbara Lane,    Harleysville, PA 19438-3301
14309380       +AES/PHEAA FRN,    PO Box 61047,    Harrisburg: PA 17106-1047
14312464       +M & T Bank,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,    701 Market Street, Ste. 5000,
                 Philadelphia, PA 19106-1541
14318494       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:44:12     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14309382       +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:44:17     LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
14311636        E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:30     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14309379        E-mail/Text: camanagement@mtb.com May 10 2019 02:39:59     M &T Bank,    PO Box 900,
                 Millsboro, DE 19966
14309381        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 02:44:13
                 PORTFOLIO RECOVERY,    120 Corporate BLVD ste 100,    Norfolk, VA 23502
14311635        E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:30
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14309923       +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:44:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Derrick William Brooks | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-12489elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated April 17, 2019, this case is hereby **DISMISSED**.  The Debtor's right to file another bankruptcy case is **RESTRICTED** based on the Order entered in this case on **April 18, 2019**.

Date: 5/9/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Missing Documents:

    Schedules AB-J
    Statement of Financial Affairs
    Summary of assets and liabilities form B106

bfmisdoc elf (1/22/15)